# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| SHELDON ROOSEVELT WRIGHT,<br><br>*Plaintiff*,<br><br>v.<br><br>Corporal ASHLEY SAULSBURY, *et al.*,<br><br>*Defendants*. | CIVIL ACTION NO.<br>5:19-cv-00456-TES-TQL |

## ORDER ADOPTING REPORT AND RECOMMENDATION

In his Report and Recommendation [Doc. 22], the United States Magistrate Judge recommends that the Court grant Defendants' Motion to Dismiss [Doc. 17] and consequentially, dismiss without prejudice Plaintiff's Complaint [Doc. 1]. No objections have been filed to the magistrate judge's Report and Recommendation; therefore, the Court reviews his findings for clear error. 28 U.S.C. § 636(b)(1)(A).

Finding no clear error, the Court **ADOPTS** the United States Magistrate Judge's Report and Recommendation [Doc. 22] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, the Court **GRANTS** Defendants' Motion to Dismiss [Doc. 17] and consequentially, **DISMISSES without prejudice** Plaintiff's Complaint [Doc. 1].

**SO ORDERED**, this 26th day of January, 2021.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**